**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DONALD H. TURNBULL,** | ) | Case No. 1:06cv858 |
| | ) | |
| **Plaintiff,** | ) | **JUDGE SARA LIOI** |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT ENTRY** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| **ET AL.** | ) | |
| | ) | |
| **Defendants.** | ) | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, defendants' Motion to Dismiss Plaintiff's First Amendment Complaint (Docket No. 30) is **GRANTED**, in part, and **DENIED**, in part. Plaintiff's claim for false imprisonment against defendant United States and his *Bivens* claims against defendants (Neal) Baker, Mullen and Nunez are hereby **DISMISSED WITH PREJUDICE**. To the extent that defendants (Neal) Baker, Mullen and Nunez are sued in their individual capacity, they are **DISMISSED** from this action. Plaintiff's damages claims against defendant United States for intentional infliction of emotional distress and negligent infliction of emotional distress under the FTCA, and his requests for injunctive and declaratory relief, remain. Defendants' motion to dismiss plaintiff's original complaint (Docket No. 20) is

**DENIED AS MOOT**.

    **IT IS SO ORDERED.**

Dated:  July 23, 2007                                                                                      s/ Sara Lioi
                                                                                                       Hon. Sara Lioi
                                                                                                       United States District Judge